UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

KIMBERLEY L.,                                    )
                                                 )
                    Plaintiff,                   )
                                                 )
            v.                                   )        No. 4:25-cv-00072-SEB-KMB
                                                 )
FRANK BISIGNANO Commissioner of The              )
Social Security Administration,                  )
                                                 )
                    Defendant.                   )

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's

Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and

the rules of this Court to file objections; none were filed. The Court, having considered the

Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report

and Recommendation.


Date:    8/10/2026                          _____
                                            SARAH EVANS BARKER, JUDGE
                                            United States District Court
                                            Southern District of Indiana



Distribution:

Taehee Hwang
Social Security Administration
taehee.hwang@ssa.gov

Lindsay Norris
Social Security Administration
lindsay.norris@ssa.gov

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov

Adriana Maria de la Torre
Tower Law Group
adriana@towerlawgroup.com